Thomas J. DEMILIO, Plaintiff–Appellant,

v.

CITIZENS HOME LOANS INC., et al., Defendants,

Aurora Bank FSB, Deutsche Bank Trust Company Americas, agent of RALI 2007 QH9 Trust, Defendants–Appellees.

No. 13–10894
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 13, 2013.

Robert Thomas Thompson, Jr., Seth Nathan Katz, Thompson Law Group, Rodd Walton, Legacy Law Group, Atlanta, GA, for Plaintiff–Appellant.

Mindi Cherese Robinson, Aaron Gavin McLeod, Adams & Reese, LLP, Birmingham, AL, for Defendants–Appellees.

Before WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties set forth in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.